UNITED STATES DISTRICT COURT
OF THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| **ALLIANCE OF LEGAL CANNABIS ENTITIES-DC, LLC,** ) | |
| *Plaintiff,* ) | |
| ) | |
| v. ) | Case No. |
| ) | 1:24-cv-03416-LLA |
| **1314 9th STREET LLC t/a CHILL TOBACCO,** *et al.,* ) | |
| ) | |
| *Defendants.* ) | |

### PLAINTIFFS' WITHDRAWAL OF OPPOSITION TO VACATING DEFAULT

Plaintiffs Alliance of Legal Cannabis Entities-DC, LLC and DC Holistic Wellness Group LLC hereby give notice of their withdrawal of their opposition to the Court vacating the default of Defendant 1314 ½ Inc. entered on December 17, 2025 (ECF 65). The effect of this withdrawal is intended to eliminate Plaintiffs' request that the Court's order vacating the entry of default be conditioned upon payment by Defendant of Plaintiffs' *pro rata* costs and reasonable attorney fees related to Defendant's default. By vacating this entry of default, Defendant 1314 ½ Inc. will be permitted, as requested by Defendant (ECF 73) to file a responsive pleading to Plaintiffs' Amended Complaint when the Court orders all Defendants not in default to do so.

Respectfully submitted,

/s/ Jon L. Brunenkant
Jon L. Brunenkant
DC Bar No 966630
Brunenkant & Associates, PLLC
1717 Pennsylvania Avenue, NW
Suite 1025
Washington, DC 20006

(202) 494-4102

jonbrunenkant@gmail.com
jon@brunenlaw.com
Attorney for Plaintiff Alliance of Legal Cannabis Entities-DC, LLC and
DC Holistic Wellness Group LLC

February 23, 2026